**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wayne John DeLillo a/k/a Wayne DeLillo a/k/a Wayne J. DeLillo | BK NO. 25-01538 MJC |
| Elizabeth Anne DeLillo a/k/a Elizabeth A. DeLillo a/k/a Elizabeth DeLillo | Chapter 13 |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
04 Jun 2025, 10:46:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322