United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                   Case No. 25-01538-MJC  
Wayne John DeLillo                                           Chapter 13  
Elizabeth Anne DeLillo  
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                                  Page 1 of 2  
Date Rcvd: Jun 30, 2025                   Form ID: ntcnfhrg                            Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne John DeLillo, Elizabeth Anne DeLillo, 129 Wren Lane, Bushkill, PA 18324-6972 |
| 5715905 | + | CHILD SUPPORT ENFORCEM, 40 N PEARL ST, ALBANY, NY 12207-2847 |
| 5715910 | + | Loan Depot, 6531 Irvine Center Dr. Suite 100, Irvine, CA 92618-2145 |
| 5721414 | + | NYC.HRA Office of Child Support Services, 150 Greenwich St, 40th fl, New York, NY 10007-5211 |
| 5715914 | + | Sparrow Financial, 2550 E. Rose Garden Lane #71206, Phoenix, AZ 85050-7709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2025 19:02:40 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5715903 | ^ | MEBN | Jun 30 2025 18:45:37 | Atlas, 300 Coventry Rd., Berkeley, CA 94707-1214 |
| 5715904 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2025 19:03:06 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5715906 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2025 19:02:43 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5715908 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 30 2025 18:51:54 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016-6008 |
| 5717002 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2025 19:02:16 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5715909 | | Email/Text: tullio.deluca@verizon.net | Jun 30 2025 18:53:00 | Law Office of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5715911 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:02:10 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 5716871 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:02:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5715912 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 30 2025 18:53:00 | Met-Ed, 76 S. Main St. A-RPC, Akron, OH 44308-1890 |
| 5715913 | + | Email/PDF: cbp@omf.com | Jun 30 2025 18:51:07 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 5720412 | + | Email/PDF: cbp@omf.com | Jun 30 2025 19:02:16 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5718511 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2025 18:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

| Recip ID | | | | |
| --- | --- | --- | --- | --- |
| 5721471 | Email/Text: bnc-quantum@quantum3group.com | | Jun 30 2025 18:53:00 | 17128-0946<br>Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5715907 | *+ | Elizabeth Anne DeLillo, 129 Wren Lane, Bushkill, PA 18324-6972 |
| 5715915 | *+ | Wayne John DeLillo, 129 Wren Lane, Bushkill, PA 18324-6972 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Wayne John DeLillo tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Elizabeth Anne DeLillo tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne John DeLillo,
aka Wayne DeLillo, aka Wayne J. DeLillo,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−01538−MJC

Elizabeth Anne DeLillo,
aka Elizabeth A. DeLillo, aka Elizabeth DeLillo,

**Debtor 2**

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 31, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 7, 2025<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 30, 2025 |

ntcnfhrg (08/21)