IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE JOHN DELILLO<br>a/k/a Wayne DeLillo<br>a/k/a Wayne J. DeLillo<br>and<br>ELIZABETH ANNE DELILLO<br>a/k/a Elizabeth A. DeLillo<br>a/k/a Elizabeth DeLillo<br><br>Debtor(s) | CHAPTER 13<br><br><br><br><br><br><br>CASE NO. 5:25-bk-01538-MJC |

*****************************************************************************
**ORDER**
*****************************************************************************

Upon consideration of Debtors' Motion to Approve Partial Claim, Doc. 26 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that approval of the Partial Claim shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that Loandepot.com, LLC is granted permission to enter into a Partial Claim with the Debtors.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 9, 2025