UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WAYNE JOHN DELILLO, | : | |
| ELIZABETH ANNE DELILLO, | : | |
|    Debtor | : | CASE NO. 5:25-bk-01538-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs | : | |
| | : | |
| WAYNE JOHN DELILLO, | : | |
| ELIZABETH ANNE DELILLO, | : | |
|    Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on October 8, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Agatha R. McHale, Esquire, and certifies that on August 7, 2025 the Court issued an Order directing Debtor to file an amended plan in fourteen (14) days. As of October 8, 2025, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: October 8, 2025,                Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

       AND NOW, on October 8, 2025, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically

Tullio DeLuca, Esquire
4113 Birney Ave.
Suite 2
Moosic, PA 18507


OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102


Served by 1st Class Mail
Wayne John DeLillo
Elizabeth Anne DeLillo
129 Wren Lane
Bushkill, PA 18324


                                              /s/Ashley Schott
                                              Ashley Schott,
                                              For Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee