IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

WAYNE AND ELIZABETH DELILLO  :
:
Debtor  :  CASE NO. 5-25-01538

***

**OBJECTION TO CERTIFICATION OF DEFAULT**

***

NOW COMES, Wayne and Elizabeth DeLillo, the above Debtors, by and through their counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On April 11, 2025, a Motion to Dismiss due to material default was filed.

2. On October 10, 2025, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to file an amended Plan.

3. An Amended Plan was fled with the Court on September 7, 2025. However, the Amended Plan was denied due to the Certificate of Service not being filed.

4. Debtor's Counsel has prepared an amended Plan to be filed with the Court.

5. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,

Date: October 9, 2025      /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID #59887
Counsel for Debtor
4113 Birney Ave., Suite 2
Moosic, Pa 18507

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************************

WAYNE AND ELIZABETH DELILLO    :
                               :
    Debtor                     :     CASE NO. 5-25-01538
*****************************************************************************
**CERTIFICATE OF SERVICE**
*****************************************************************************

The undersigned hereby certifies that on October 9, 2025, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: October 9, 2025    /s/Tullio DeLuca
                                                   Tullio DeLuca, Esquire