UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WAYNE JOHN DELILLO, | : | CHAPTER 13 |
| ELIZABETH ANNE DELILLO, | : | |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| WAYNE JOHN DELILLO, | : | |
| ELIZABETH ANNE DELILLO, | : | |
| Respondent(s) | : | CASE NO.  5-25-01538-MJC |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

AND NOW, on this 5th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Motion to Dismissed filed on or about September 4, 2025, be withdrawn as all issues have been resolved. Debtor Counsel Tullio DeLuca concurs.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# CERTIFICATE OF SERVICE

AND NOW, this 5th day of November 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TULLIO DeLUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA 18507-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee