UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WAYNE JOHN DELILLO, | : | |
| ELIZABETH ANNE DELILLO, | : | |
| | : | CHAPTER 13 |
| | : | CASE NO: 5-25-01538-MJC |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| Chapter 13 Trustee | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| WAYNE JOHN DELILLO, | : | |
| ELIZABETH ANNE DELILLO, | : | |
| | : | |
| | : | DOCKET NO: 42 |
| Respondent(s) | | |

## WITHDRAWAL OF CERTIFICATE OF DEFAULT

AND NOW on November 5, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about October 8, 2025, be withdrawn. All matters have been resolved. Debtors counsel Tullio DeLuca consents.

Respectfully submitted,

/s/Jack N. Zaharopoulos
_____

JACK N. ZAHAROPOULOS
Standing Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

# CERTIFICATE OF SERVICE

AND NOW, on 5th day of November 2025, I, Ashley Schott, do hereby certify that I served a copy of the above Withdrawal by first class mail, postage prepaid, unless electronically notified, to the following:

WAYNE JOHN DELILLO
EIZABETH ANNE DELILLO
129 WREN LANE
BUSHKILL, PA 18324


TULLIO DeLUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA 18507-


/s/Ashley Schott
Ashley Schott
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee