THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

**************************************************************************

IN RE:                              :
                                    :    **CASE NO. 5-25-01538**
Wayne John DeLillo and              :    **CHAPTER 13**
Elizabeth Anne DeLillo              :
                                    :
           **Debtor(s)**            :

**************************************************************************

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

**************************************************************************

I, Wayne John DeLillo , upon my oath according to law, hereby certify as follows:

1.    That the below information is being supplied for compliance with the
      confirmation hearing date on December 18, 2025

2.    That all post-petition amounts that are required to be paid under any and all
      Domestic Support Obligations have been paid.

3.    That all applicable Federal, State, and local tax returns, as required by 11 U.S.C.
      Section 1308 have been filed.

4.    If this Certification is being signed by counsel for Debtor(s), that the Debtor(s)
      was/were duly questioned about the statements in this Certification and supplied
      answers consistent with this Certification.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any
of the foregoing statements made by me are willfully false, I am subject to punishment.


Date:  December 10, 2025                    /s/Wayne John DeLillo
                                            Wayne John DeLillo

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 5-25-01538** |
| Wayne John DeLillo and | : | **CHAPTER 13** |
| Elizabeth Anne DeLillo | : | |
| | : | |
| **Debtor(s)** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Elizabeth Anne DeLillo, upon my oath according to law, hereby certify as follows:

1.  That the below information is being supplied for compliance with the confirmation hearing date on December 18, 2025

2.  That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3.  That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4.  If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: December 10, 2025                    /s/Elizabeth Anne DeLillo
                                           Elizabeth Anne DeLillo