UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO : CHAPTER 13
    Debtors. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LOANDEPOT.COM, LLC :
    Movant, :
 :
vs. :
WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO : CASE NO. 5-25-01538
    Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEBTORS' ANSWER TO MOTION FOR RELIEF FROM
## AUTOMATIC STAY UNDER SECTION 362

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    AND NOW COMES, Wayne and Elizabeth DeLillo, the Debtors, and files an Answer to Loandepot.com's Motion for Relief From the Automatic Stay:

    1.    Wayne and Elizabeth DeLillo (hereinafter the "Debtors") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

    2.    Movant alleges that Debtors have failed to make post-petition mortgage payments.

    3.    Debtor's Counsel is in the process of contacting the Debtors to ascertain if the payments have been made and/or if the Debtors are in possession of funds needed to cure the alleged default.

    4.    In the event there remains an arrears, the Debtors wish to enter into a Stipulation to cure the arrears over a six (6) month period and/or include the arrears in an amended Chapter 13 Plan.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: December 22, 2025

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
4113 Birney Ave., Suite 2
Moosic, PA 18507
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO : CHAPTER 13
        Debtors. :
*************************************************************************
LOANDEPOT.COM, LLC :
        Movant, :
        :
vs. :
WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO : CASE NO. 5-25-01538
        Respondents. :

*************************************************************************
**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on December 22, 2025, he caused a true and correct copy of Debtors' Answer to Loandepot.com's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Matthew Fissel, Esq. at mfissel@kmllawgroup.com

Dated: December 22, 2025          /s/Tullio DeLuca
                                                     Tullio DeLuca, Esquire