UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WAYNE JOHN DELILLO
a/k/a WAYNE DELILLO
a/k/a WAYNE J. DELILLO

ELIZABETH ANN DELILLO
a/k/a ELIZABETH A. DELILLO
a/k/a ELIZAEBTH DELILLO
Debtors

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
vs.

ELIZABETH ANNE DELILLO
and WAYNE JOHN DELILLO

CHAPTER 13

CASE NO. 5-25-bk-01538-MJC

## TOLLING AGREEMENT

AND NOW, this 17th day of Dec, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, and Debtors, Wayne John DeLillo and Elizabeth Ann DeLillo and stipulate to the following:

WHEREAS, in the year 2024, Debtor transferred her interest in real estate situate in 129 Wren Lane Bushkill, PA 18324 to herself and her husband, Elizabeth Ann DeLillo and Wayne John DeLillo;

WHEREAS, on May 30, 2025, Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code; and

WHEREAS, Debtors will propose a plan which will pay to creditors a sum at least equivalent to any recovery that would result if the Trustee voided the transfer under §544 of the Bankruptcy Code and 12 Pa. C.S. §5104; and

WHEREAS, the parties desire to give Debtors the opportunity to continue making plan payments to appropriately satisfy creditors' claims without pursuing potentially unnecessary litigation; and

WHEREAS, Trustee desires to protect the bankruptcy estate's rights to pursue its claim against Elizabeth Ann DeLillo and Wayne John DeLillo, should Debtors fail to complete their obligations under the plan;

1

NOW THEREFORE, the parties, intending to be legally bound hereby, agree as follows:

1) The relevant limitations period provided within the Bankruptcy Code and Pennsylvania law are not jurisdictional in nature and therefore may be extended by the parties.

2) The parties agree that the time elapsed while Debtor is in this bankruptcy case shall be excluded from any computation of time for purposes of any time-based defense based on statues of limitations, laches, estoppel, waiver, and any other time-based defense or right including, but not limited to, §546 of the Bankruptcy Code and the Pennsylvania Uniform Fraudulent Transfer Act, as amended, as it related to the filing of any avoidance action.

3) An interested party may file these claims against Elizabeth Ann DeLillo and Wayne John DeLillo, their heirs or assigns, upon the bankruptcy case of Debtors, Elizabeth Ann DeLillo and Wayne John DeLillo, converting to Chapter 7, their failure to fulfill their obligations under their Chapter 13 Plan or dismissal of the case.

4) Nothing in this Agreement shall be deemed as an admission by Elizabeth Ann DeLillo and Wayne John DeLillo that these claims may properly be asserted against them. Except for timing defenses, this Agreement shall have no effect upon any defenses that may be asserted.

5) This Agreement may not be amended, extended or otherwise modified without the prior written agreement of each party, their successors, heirs or assigns, hereto.

6) This Agreement may be executed in identical counterparts with the facsimile signatures having the same force and effect as original signatures.

7) Upon the payment in full of all amounts that are owed by Debtors in Chapter 13 Plan, the Agreement shall terminate and the Trustee shall have no further interest in the subject real estate.

Zaharopoulos Esq.

_/s/ Agatha R. McHale_
McHale
Trustee

_/s/ Tullio DeLuca_
Tullio DeLuca, Esq.
Attorney for Debtor

Jack N.
Standing Chapter 13 Trustee
BY:

Agatha R.
Attorney for

_/s/ Elizabeth A. DeLillo_
Elizabeth Ann DeLillo,
Debtor

2

_(signature: Wayne J DeLillo)_
Wayne John DeLillo
Debtor

Elizabeth Ann DeLillo
_(signature: Elizabeth A DeLillo)_
Signature

Wayne John DeLillo
_(signature: Wayne J DeLillo)_
Signature

Before me, the undersigned officer,
Personally appeared
Elizabeth Ann DeLillo and
Wayne John DeLillo

Known to me, (or satisfactorily proven) to be the person whose names are subscribed to the within
Agreement and acknowledged that they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_(signature: Lisa A Manchak)_

Commonwealth of Pennsylvania - Notary Seal
LISA A MANCHAK - Notary Public
Lackawanna County
My Commission Expires August 15, 2026
Commission Number 1226784