In re:

Wayne John DeLillo

Elizabeth Anne DeLillo

    Debtors

Case No. 25-01538-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 03, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID**         **Recipient Name and Address**

        + EAST STROUDSBURG AREA SCHOOL DISTRICT, 50 VINE STREET, EAST STROUDSBURG, PA 18301-2150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Jack N Zaharopoulos

        ecf_pahu_alt@trustee13.com

Matthew K. Fissel

        on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Tullio DeLuca

        on behalf of Debtor 1 Wayne John DeLillo tullio.deluca@verizon.net

Tullio DeLuca

        on behalf of Debtor 2 Elizabeth Anne DeLillo tullio.deluca@verizon.net

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-5

Date Rcvd: Mar 03, 2026

TOTAL: 5

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
**********************************************************************

IN RE: : CHAPTER 13
WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO :
    Debtor(s) : CASE NO. 5-25-01538
**********************************************************************

WAYNE JOHN DELILLO and :
ELIZABETH ANNE DELILLO :
                  :
       MOVANT :
      VS. :
EAST STROUDSBURG AREA SCHOOL
DISTRICT AND :
JACK N. ZAHAROPOULOS ESQ. :
      RESPONDENTS :
**********************************************************************

**ORDER**
**********************************************************************

     Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

     IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, ELIZABETH DELILLO, receives income:

           EAST STROUDSBURG AREA SCHOOL DISTRICT
           50 VINE STREET
           EAST STROUDSBURG, PA 18301

deduct from said Debtor's income the sum of $385.50 from each bi-weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

           JACK N. ZAHAROPOOLOS, ESQUIRE
           CHAPTER 13 TRUSTEE
           PO BOX 6008
           MEMPHIS, TN 38101-6008

     IT IS FURTHER ORDERED that the employer from whom the Debtor receives income

shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5-25-01538 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, four (4) years and three (3) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 3, 2026