# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

WAYNE JOHN DELILLO and
ELIZABETH ANNE DELILLO

Case Number: 5-25-01538
Chapter: **13**

\* Debtor(s)

## **CERTIFICATE OF MAILING**

**The undersigned employee in the office of:**

**Tullio DeLuca, Esquire**

**hereby certifies that a copy of the attached Order Confirming Debtor's Amended**

**Chapter 13 Plan was mailed today to all parties named on the mailing list**

**attached hereto by regular first class mail.**

**DATED: April 6, 2026**

**SIGNED:** _____

**TITLE:** _/s/Legal Assistant_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wayne John DeLillo,
aka Wayne DeLillo, aka Wayne J. DeLillo,

**Debtor 1**

Elizabeth Anne DeLillo,
aka Elizabeth A. DeLillo, aka Elizabeth DeLillo,

**Debtor 2**

Chapter 13

Case No. 5:25-bk-01538-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 24, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 2, 2026

orcnfpln(05/18)

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Atlas
300 Coventry Rd.
Berkeley, CA 94707-1214

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CHILD SUPPORT ENFORCEM
40 N PEARL ST
ALBANY, NY 12207-2847

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Exeter Finance Corp.
P.O. Box 166008
Irving, TX 75016-6008

Exeter Finance LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Exeter Finance LLC c/o AIS Portfolio Service
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
GREENVILLE, SC 29602

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Loan Depot
6531 Irvine Center Dr. Suite 100 Irvine, CA
92618-2145

Met-Ed
76 S. Main St. A-RPC
Akron, OH 44308-1812

NYC.HRA Office of Child Support Services
150 Greenwich St
40th fl
New York, NY 10007-5211

NJ EZPASS
ATTN ATTN NJ EZPASS/ JASMINE JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

OneMain
601 NW 2nd Street
Evansville, IN 47708-1013

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Katapult Group Inc.
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Sparrow Financial
2550 E. Rose Garden Lane #71206
Phoenix, AZ 85050-7709

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

loanDepot.com, LLC
5465 Legacy Drive, Suite 400
Plano, TX 75024-3192

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A HUMMELSTOWN PA
17036-8625